IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CRAIG A GRISHAM**                                                                                        **PLAINTIFF**

V.                                          4:12CV00546 JM

**CITY OF SHERWOOD**                                                              **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendant.

IT IS SO ORDERED this 27th day of March, 2014.

_____
James M. Moody Jr.
United States District Judge